**BARCLAY DAMON**<sup>LLP</sup>

**Paul A. Sanders**
*Partner*

November 12, 2025

**VIA CM/ECF**
**VIA ELECTRONIC MAIL (chambersnysdseibel@nysd.uscourts.gov)**
Hon. Cathy Seibel
U.S. District Court Judge
Southern District of New York
300 Quarropas St., Room 630
White Plains, NY  10601

The 11/25/25 conference is adjourned to 12/8/25 at 10:15 am.
The Clerk shall terminate ECF No. 162.

SO ORDERED.

Re:    Donnie P. Smith v. Wellpath, et al.
       SDNY Civil No.: 7:24-cv-06855-CS
       Our File No.: 3214661

*Cathy Seibel*        11/12/25

CATHY SEIBEL, U.S.D.J.

Dear Judge Seibel:

    We represent defendants Dr. Dominick Piacente, Mary Dollard, and Kaitlin Menard ("Defendants"), in the above mentioned matter.

    Per your Honor's Individual Rules of Practice, Defendants respectfully request an adjournment of the pre-motion conference currently scheduled for November 25, 2025 at 9:45 a.m. This is the first request for an adjournment of this conference. The reason for the adjournment is that I am out of the office on vacation November 22, 2025 through December 6, 2025. Consequently, we respectfully request an adjournment of this appearance to a date later in December 2025 or January 2026. Counsel for co-defendants consents to this request. I am unable to obtain the *pro se* plaintiff's consent for this adjournment due to his incarceration.

    Thank you for Your Honor's consideration of this request.

                                        Respectfully submitted,

                                        Paul A. Sanders

PAS:np

cc:    Donnie P. Smith (2024-00533) (via regular mail)
       Counsel of Record (via CM/ECF)

2000 Five Star Bank Plaza - 100 Chestnut Street - Rochester, New York 14604 barclaydamon.com
PSanders@barclaydamon.com  Direct: (585) 295-4426  Fax: (585) 295-8422

32759432.1