UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DONNIE P. SMITH,

Plaintiff,

- against -

ERIC HALSTEAD, *et al.*,

Defendants.
-----------------------------------------------------------x

**ORDER ON MOTION TO DISMISS**

No. 24-CV-6855 (CS)

Seibel, J.

For the reasons set forth on the record at the November 6, 2026 conference, the Defendants' motions to dismiss are GRANTED in part and DENIED in part. The Clerk of Court is respectfully directed to terminate ECF Nos. 185, 189 and 204, and to terminate Mary Dollard, Dominick Piacente and Bryce Sotelo as Defendants.

**SO ORDERED.**

Dated: November 6, 2026
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.